

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00396-CV

**TEXAS ARMORING CORPORATION**,
Appellant

v.

Tinyan **OKUNBO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18380
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. The costs of this appeal are taxed against the appellant.

It is so **ORDERED** on March 27, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court